No. 85–621. COMMODITY FUTURES TRADING COMMISSION *v.* SCHOR ET AL.; and

No. 85–642. CONTICOMMODITY SERVICES, INC. *v.* SCHOR ET AL. C. A. D. C. Cir. [Certiorari granted, 474 U. S. 1018.] Motion of petitioner ContiCommodity Services, Inc., for divided argument granted. Motion of respondents for divided argument denied. JUSTICE BRENNAN would grant this motion.

No. 85–632. ATKINS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF PUBLIC WELFARE *v.* RIVERA ET AL. Sup. Jud. Ct. Mass. [Certiorari granted, 474 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–905. SALISBURY *v.* JAMES RIVER CORP. ET AL., 474 U. S. 1061. Motion of United Paperworkers International Union for damages and fees denied.

No. 85–954. JAPAN WHALING ASSN. ET AL. *v.* AMERICAN CETACEAN SOCIETY ET AL.; and

No. 85–955. BALDRIGE, SECRETARY OF COMMERCE, ET AL. *v.* AMERICAN CETACEAN SOCIETY ET AL. C. A. D. C. Cir. [Certiorari granted, 474 U. S. 1053.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 85–1030. RADOL ET AL. *v.* THOMAS ET AL. C. A. 6th Cir.;

No. 85–1043. PILOT LIFE INSURANCE CO. *v.* DEDEAUX. C. A. 5th Cir.; and

No. 85–1066. MARTIN, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* HAITH. Appeal from D. C. E. D. N. C. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.